# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In re:                                 §
                                       §
                                       §
TRAVIS, DENNIS A                       §    Case No. 10-70348
TRAVIS, LUCY C                         §
                                       §
                                       §
_____Debtor(s)_____§

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. The debtor filed a petition under chapter 7 of the United States Bankruptcy Code on 01/29/2010 . The undersigned trustee was appointed on 02/01/2010 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

| | | |
|---|---|---|
| 4. The trustee realized gross receipts of | $ | 7,000.51 |

Funds were disbursed in the following amounts:

| | |
|---|---|
| Administrative expenses | 0.00 |
| Payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]  $ | 7,000.51 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (9/1/2009) (Page: 1)

  6. The deadline for filing claims in this case was 07/20/2010 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

  7. The Trustee's proposed distribution is attached as **Exhibit D**.

  8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 1,450.05 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

  The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 1,450.05 , for a total compensation of $ 1,450.05 . In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 0.00 , for total expenses of $ 0.00 .

  Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 09/22/2010     By:/s/DANIEL M. DONAHUE
             Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-TFR (9/1/2009) *(Page: 2)*

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page: 1

Exhibit A

Case No: 10-70348    MLB    Judge: MANUEL BARBOSA
Case Name: TRAVIS, DENNIS A
TRAVIS, LUCY C
For Period Ending: 09/22/10

Trustee Name: DANIEL M. DONAHUE
Date Filed (f) or Converted (c): 01/29/10 (f)
341(a) Meeting Date: 03/01/10
Claims Bar Date: 07/20/10

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Real Estate located at 5805 Fox Lake Rd McHenry, I | 138,619.00 | 0.00 | | 0.00 | 0.00 |
| 2. Checking account with Harris | 20.00 | 20.00 | | 0.00 | 20.00 |
| 3. Savings account with Harris | 50.00 | 50.00 | | 0.00 | 50.00 |
| 4. Miscellaneous used household goods | 1,000.00 | 1,000.00 | | 0.00 | 1,000.00 |
| 5. Personal used clothing | 400.00 | 400.00 | | 0.00 | 400.00 |
| 6. Miscellaneous costume jewelry | 100.00 | 100.00 | | 0.00 | 100.00 |
| 7. Vanguard/Union Pacific 401k Plan | 2,165.85 | 2,165.85 | | 0.00 | 2,165.85 |
| 8. 2009 Anticipated tax refund based on 2008 tax refu | 10,000.00 | 10,000.00 | | 5,600.00 | 4,400.00 |
| 9. 2007 Chrysler 300 19,000 miles Value per KBB | 13,455.00 | 13,455.00 | | 0.00 | 13,455.00 |
| 10. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.51 | Unknown |
| TOTALS (Excluding Unknown Values) | $165,809.85 | $27,190.85 | | $5,600.51 | $21,590.85 |

Gross Value of Remaining Assets
(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): / /    Current Projected Date of Final Report (TFR): / /

FORM 2

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1
Exhibit B

| | |
|---|---|
| Case No: 10-70348 -MLB | Trustee Name: DANIEL M. DONAHUE |
| Case Name: TRAVIS, DENNIS A / TRAVIS, LUCY C | Bank Name: BANK OF AMERICA, N.A. |
| | Account Number / CD #: *******1680 Money Market Account (Interest Earn |
| Taxpayer ID No: *******9571 | |
| For Period Ending: 09/22/10 | Blanket Bond (per case limit): $ 1,500,000.00 |
| | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 04/16/10 | 8 | DENNIS AND LUCY TRAVIS<br>5805 FOX LAKE RD<br>MCHENRY, IL 60051-6271 | INCOME TAX REFUND | 1124-000 | 400.00 | | 400.00 |
| 04/16/10 | 8 | DENNIS AND LUCY TRAVIS<br>5805 FOX LAKE RD<br>MCHENRY, IL 60051-6271 | INCOME TAX REFUND | 1124-000 | 1,000.00 | | 1,400.00 |
| 04/30/10 | 10 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.01 | | 1,400.01 |
| 05/20/10 | 8 | DENNIS A TRAVIS<br>5805 FOX LAKE RD<br>MCHENRY, IL 60051-6271 | INCOME TAX REFUND | 1124-000 | 700.00 | | 2,100.01 |
| 05/20/10 | 8 | DENNIS A TRAVIS<br>5805 FOX LAKE RD<br>MCHENRY, IL 60051-6271 | INCOME TAX REFUND | 1124-000 | 700.00 | | 2,800.01 |
| 05/28/10 | 10 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.04 | | 2,800.05 |
| 06/21/10 | 8 | DENNIS A TRAVIS<br>5805 FOX LAKE RD<br>MCHENRY, IL 60051-6271 | INCOME TAX REFUND INSTALLMENT | 1124-000 | 700.00 | | 3,500.05 |
| 06/21/10 | 8 | DENNIS A TRAVIS<br>5805 FOX LAKE RD<br>MCHENRY, IL 60051-6271 | INCOME TAX REFUND INSTALLMENT | 1124-000 | 700.00 | | 4,200.05 |
| 06/30/10 | 10 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.08 | | 4,200.13 |
| 07/16/10 | 8 | DENNIS A TRAVIS<br>5805 FOX LAKE RD<br>MCHENRY, IL 60051-6271 | INCOME TAX REFUND | 1124-000 | 700.00 | | 4,900.13 |
| 07/16/10 | 8 | DENNIS A TRAVIS<br>5805 FOX LAKE RD<br>MCHENRY, IL 60051-6271 | INCOME TAX REFUND | 1124-000 | 700.00 | | 5,600.13 |
| 07/30/10 | 10 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.12 | | 5,600.25 |

Page Subtotals     5,600.25     0.00

Ver. 15.20

LFORM24
UST Form 101-7-TFR (9/1/2009) (Page: 4)

FORM 2

Page: 2

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 10-70348 -MLB | Trustee Name: | DANIEL M. DONAHUE |
|---|---|---|---|
| Case Name: | TRAVIS, DENNIS A | Bank Name: | BANK OF AMERICA, N.A. |
| | TRAVIS, LUCY C | Account Number / CD # | ******1680 Money Market Account (Interest Earn |
| Taxpayer ID No: | ******9571 | | |
| For Period Ending: | 09/22/10 | Blanket Bond (per case limit): | $ 1,500,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 08/17/10 | 8 | DENNIS A TRAVIS<br>5805 FOX LAKE RD<br>MCHENRY, IL 60051-6271 | INCOME TAX REFUND | 1124-000 | 700.00 | | 6,300.25 |
| 08/31/10 | 10 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.15 | | 6,300.40 |
| 09/17/10 | 8 | DENNIS A TRAVIS<br>5805 FOX LAKE RD<br>MCHENRY, IL 60051-6271 | INCOME TAX REFUND | 1124-000 | 700.00 | | 7,000.40 |
| 09/22/10 | 10 | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.11 | | 7,000.51 |
| 09/22/10 | | Transfer to Acct #******1826 | Final Posting Transfer | 9999-000 | | 7,000.51 | 0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | 7,000.51 | 7,000.51 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 7,000.51 | |
| Subtotal | 7,000.51 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 7,000.51 | 0.00 | |

Page Subtotals   1,400.26   7,000.51

Ver 15.20

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 3

Exhibit B

| Case No: | 10-70348 -MLB | Trustee Name: | DANIEL M. DONAHUE |
| Case Name: | TRAVIS, DENNIS A | Bank Name: | BANK OF AMERICA, N A |
| | TRAVIS, LUCY C | Account Number / CD #: | ******1826 GENERAL CHECKING |
| Taxpayer ID No: | ******9571 | | |
| For Period Ending | 09/22/10 | Blanket Bond (per case limit): | $ 1,500,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 09/22/10 | | Transfer from Acct #******1680 | Transfer In From MMA Account | 9999-000 | 7,000.51 | | 7,000.51 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 7,000.51 | 0.00 | 7,000.51 |
| Less: Bank Transfers/CD's | 7,000.51 | 0.00 | |
| Subtotal | 0.00 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 0.00 | 0.00 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Money Market Account (Interest Earn - ********1680 | 7,000.51 | 0.00 | 0.00 |
| GENERAL CHECKING - ********1826 | 0.00 | 0.00 | 7,000.51 |
| | 7,000.51 | 0.00 | 7,000.51 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals     7,000.51     0.00

Ver. 15.20

LFORM24

UST Form 101-7-TFR (9/1/2009) (Page: 6)

# EXHIBIT C
## ANALYSIS OF CLAIMS REGISTER

| Case Number: | 10-70348 | | Page 1 | | Date: September 22, 2010 |
|---|---|---|---|---|---|
| Debtor Name: | TRAVIS, DENNIS A | | Claim Class Sequence | | |

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 001 3110-00 | MCGREEVY WILLIAMS | Administrative | | $2,093.50 | $0.00 | $2,093.50 |
| 001 3120-00 | MCGREEVY WILLIAMS | Administrative | | $64.73 | $0.00 | $64.73 |
| 000001 070 7100-00 | GE Money Bank dba WALMART<br>Care of Recovery Management Systems Corp<br>25 SE 2nd Ave Ste 1120<br>Miami FL 33131 | Unsecured | | $515.11 | $0.00 | $515.11 |
| 000002 070 7100-00 | GE Money Bank dba LOWES CONSUMER<br>Care of Recovery Management Systems Corp<br>25 SE 2nd Ave Ste 1120<br>Miami FL 33131 | Unsecured | | $3,168.17 | $0.00 | $3,168.17 |
| 000003 070 7100-00 | GE Money Bank dba JCPENNEY CREDIT SERVICES<br>Care of Recovery Management Systems Corp<br>25 SE 2nd Ave Ste 1120<br>Miami FL 33131 | Unsecured | | $933.33 | $0.00 | $933.33 |
| 000004 070 7100-00 | Chase Bank USA, N.A<br>c/o Creditors Bankruptcy Service<br>P O Box 740933<br>Dallas, Tx 75374 | Unsecured | | $1,709.21 | $0.00 | $1,709.21 |
| | Case Totals: | | | $8,484.05 | $0.00 | $8,484.05 |

Code #: Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 10-70348
Case Name: TRAVIS, DENNIS A
TRAVIS, LUCY C
Trustee Name: DANIEL M. DONAHUE

Claims of secured creditors will be paid as follows:

| Claimant | Proposed Payment |
|---|---|
| _____ | $ _____ |
| _____ | $ _____ |
| _____ | $ _____ |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Fees | Expenses |
|---|---|---|
| <u>Trustee: DANIEL M. DONAHUE</u> | $ 1,450.05 | $ 0.00 |
| <u>Attorney for trustee: MCGREEVY WILLIAMS</u> | $ 2,093.50 | $ 64.73 |
| <u>Appraiser:</u> | $ | $ |
| <u>Auctioneer:</u> | $ | $ |
| <u>Accountant:</u> | $ | $ |
| <u>Special Attorney for trustee:</u> | $ | $ |
| <u>Charges:</u> | $ | $ |
| <u>Fees:</u> | $ | $ |
| <u>Other:</u> | $ | $ |
| <u>Other:</u> | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

|  | Reason/Applicant | Fees | Expenses |
|---|---|---|---|
| Attorney for debtor: | | $ | $ |
| Attorney for: | | $ | $ |
| Accountant for: | | $ | $ |
| Appraiser for: | | $ | $ |
| Other: | | $ | $ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 6,325.82 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 53.6 percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000001 | GE Money Bank dba WALMART | $ 515.11 | $ 276.23 |

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000002 | GE Money Bank dba LOWES CONSUMER | $ 3,168.17 | $ 1,698.94 |
| 000003 | GE Money Bank dba JCPENNEY CREDIT SERVICES | $ 933.33 | $ 500.50 |
| 000004 | Chase Bank USA,N.A | $ 1,709.21 | $ 916.56 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| _____ | _____ | $_____ | $_____ |

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00 .