## UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| In re: § | |
| § | |
| § | |
| TRAVIS, DENNIS A § | Case No. 10-70348 |
| TRAVIS, LUCY C § | |
| § | |
| Debtor(s) § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that DANIEL M. DONAHUE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30 AM on 10/25/2010 in Courtroom 115,
          United States Courthouse
          211 S. Court St.
          Rockford, IL 61101

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____      By: /s/ Daniel M. Donahue_____
                                                                                         Trustee

*DANIEL M. DONAHUE*
*P.O. BOX 2903*
*ROCKFORD, IL 61132-2903*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

| In re: | § | |
| --- | --- | --- |
| | § | |
| TRAVIS, DENNIS A | § | Case No. 10-70348 |
| TRAVIS, LUCY C | § | |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION

| | | |
| --- | --- | --- |
| The Final Report shows receipts of | $ | 7,000.51 |
| and approved disbursements of | $ | 0.00 |
| leaving a balance on hand of[1] | $ | 7,000.51 |

Claims of secured creditors will be paid as follows:

| Claimant | Proposed Payment |
| --- | --- |
| | $ |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Fees | Expenses |
| --- | --- | --- |
| Trustee: DANIEL M. DONAHUE | $ 1,450.05 | $ 0.00 |
| Attorney for trustee: MCGREEVY WILLIAMS | $ 2,093.50 | $ 64.73 |
| Appraiser: | $ | $ |
| Auctioneer: | $ | $ |
| Accountant: | $ | $ |
| Special Attorney for trustee: | $ | $ |
| Charges: | $ | $ |
| Fees: | $ | $ |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (9/1/2009) *(Page: 2)*

| *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|
| Other: _____ | $_____ | $_____ |
| Other: _____ | $_____ | $_____ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|
| Attorney for debtor: _____ | $_____ | $_____ |
| Attorney for: _____ | $_____ | $_____ |
| Accountant for: _____ | $_____ | $_____ |
| Appraiser for: _____ | $_____ | $_____ |
| Other: _____ | $_____ | $_____ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 6,325.82 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 53.6 percent.

Timely allowed general (unsecured) claims are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| 000001 | GE Money Bank dba WALMART | $ 515.11 | $ 276.23 |

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000002 | GE Money Bank dba LOWES CONSUMER | $ 3,168.17 | $ 1,698.94 |
| 000003 | GE Money Bank dba JCPENNEY CREDIT SERVICES | $ 933.33 | $ 500.50 |
| 000004 | Chase Bank USA, N.A | $ 1,709.21 | $ 916.56 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
|  |  | $ | $ |
|  |  | $ | $ |
|  |  | $ | $ |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
|  |  | $ | $ |
|  |  | $ | $ |
|  |  | $ | $ |

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00.

Prepared By: /s/Daniel M. Donahue
Trustee

DANIEL M. DONAHUE
P.O. BOX 2903
ROCKFORD, IL 61132-2903

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# CERTIFICATE OF NOTICE

```
District/off: 0752-3           User: vgossett              Page 1 of 2                   Date Rcvd: Oct 05, 2010
Case: 10-70348                 Form ID: pdf006             Total Noticed: 49

The following entities were noticed by first class mail on Oct 07, 2010.
db/jdb        +Dennis A Travis,    Lucy C Travis,    5805 Fox Lake Rd,    McHenry, IL 60051-6271
aty            Daniel M Donahue,    P. O. Box 2903,    Rockford, IL 61132-2903
aty           +Ryan Keenan,    Legal Helpers,    233 S. Wacker Drive, Suite 5150,    Chicago, IL 60606-6371
aty           +Valentin T Narvaez,    Legal Helpers, PC,    233 S. Wacker,    Suite 5150,    Chicago, IL 60606-6371
tr             Daniel Donahue,    P O Box 2903,    Rockford, IL 61132-2903
15030330      +21st Century Insurance,    Box 371404,    Pittsburgh, PA 15250-7404
15030332       AT&T Uverse,    PO Box 5014,    Carol Stream, IL 60197-5014
15030331      +Amc Mortgage Services,    1100 Town And Country Rd,    Orange, CA 92868-4600
15030333      +Barclays Bank Delaware,    Attention: Customer Support Department,    Po Box 8833,
                Wilmington, DE 19899-8833
15030335      +Capital 1 Bank,    Attn: C/O TSYS Debt Management,    Po Box 5155,    Norcross, GA 30091-5155
15030336      +Chase,    9451 Corbin Avenue,    Northridge, CA 91324-1665
15691568      +Chase Bank USA,N.A,    c/o Creditors Bankruptcy Service,    P O Box 740933,    Dallas,Tx 75374-0933
15030337      +Citfingerhut,    6250 Ridgewood Roa,    Saint Cloud, MN 56303-0820
15030338      +Citibank Usa,    Attn.: Centralized Bankruptcy,    Po Box 20507,    Kansas City, MO 64195-0507
15030339      +Citifinancial Services, Inc.,    6500 Irving Park,    Chicago, IL 60634-2454
15030340      +Citizens Bank,    480 Jefferson Blvd,    Rje 135,    Warwick, RI 02886-1359
15030341      +Cms-cardworks,    Po Box 9201,    Old Bethpage, NY 11804-9001
15030342      +Countrywide Home Lending,    Attention: Bankruptcy SV-314B,    Po Box 5170,
                Simi Valley, CA 93062-5170
15030344       Dynamic Hand - Fox Lake,    498 S Route 12,    Ste C,    Fox Lake, IL 60020-1908
15030346      +First Premier Bank,    Po Box 5524,    Sioux Falls, SD 57117-5524
15030347      +First Usa Bank N A,    1001 Jefferson Plaza,    Wilmington, DE 19801-1493
15030348      +Fox Lake Animal Hospital,    161 South US 12,    Fox Lake, IL 60020-1748
15030349      +Fst Premier,    Pob 5524,    Sioux Falls, SD 57117-5524
15030352     ++GUARANTY BANK,    ATTENTION MALISA GENNRICH,    4000 W BROWN DEER ROAD,    BROWN DEER WI 53209-1221
              (address filed with court: Guaranty Bk,     4000 W. Brown Deer,    Brown Deer, WI 53209)
15030354      +Hsbc Bank,    Attn: Bankruptcy,    Po Box 5253,    Carol Stream, IL 60197-5253
15030355      +Hsbc Best Buy,    Attn: Bankruptcy,    Po Box 6985,    Bridge Water, NJ 08807-0985
15030356      +Hsbc/rs,    Hsbc Retail Services Attn: Bankruptcy,    Po Box 5263,    Carol Stream, IL 60197-5263
15030357      +Juniper Bank,    Card Services,    P.O. Box 13337,    Philadelphia, PA 19101-3337
15030360      +Nationwide Acceptance,    Attn: Bankruptcy,    3435 N Cicero Ave,    Chicago, IL 60641-3794
15030361      +Salute,    Po Box 105555,    Atlanta, GA 30348-5555
15030363     ++TRIAD FINANCIAL CORP,    5201 RUFE SNOW DRIVE,    SUITE 400,    NORTH RICHLAND HILLS TX 76180-6036
              (address filed with court: Triad Financial Corp,     5201 Rufe Snow Dr  Ste 400,
                North Richland Hills, TX 76180)
15030362      +Thd/cbsd,    Po Box 6497,    Sioux Falls, SD 57117-6497
15030364     ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
              (address filed with court: Us Bank/na Nd,    Attn: Bankruptcy Dept,    Po Box 5229,
                Cincinnati, OH 45201)
15030365      +Vital Recovery Services,    PO Box 923747,    Norcross, GA 30010-3747
15030371     ++WACHOVIA DEALER SERVICES INC,    BK DEPARTMENT,    PO BOX 19657,    IRVINE CA 92623-9657
              (address filed with court: Wfs Financial,    Wachovia Dealer Services,    Po Box 19657,
                Irvine, CA 92623)
15030366      +Wash Mutual/Providian,    Attn: Bankruptcy Dept,    Po Box 10467,    Greenville, SC 29603-0467
15030368      +Wells Fargo Bank Nv Na,    Po Box 31557,    Billings, MT 59107-1557
15030369      +Wells Fargo Hm Mortgag,    8480 Stagecoach Cir,    Frederick, MD 21701-4747
15030370      +Wffinancial,    1191 E Dundee Rd,    Palatine, IL 60074-8306
15030334      +bill me later,    po box 105658,    Atlanta, GA 30348-5658
The following entities were noticed by electronic transmission on Oct 06, 2010.
15030345       E-mail/Text: lglascott@familyservicemch.org
                Family SVC CMHC of McHenry Cty,    4100 Veterans Parkway,    McHenry, IL 60050-8350
15623718      +E-mail/PDF: gecsedi@recoverycorp.com Oct 06 2010 01:20:19
                GE Money Bank dba JCPENNEY CREDIT SERVICES,    Care of Recovery Management Systems Corp,
                25 SE 2nd Ave Ste 1120,    Miami FL 33131-1605
15623716      +E-mail/PDF: gecsedi@recoverycorp.com Oct 06 2010 01:20:19      GE Money Bank dba LOWES CONSUMER,
                Care of Recovery Management Systems Corp,    25 SE 2nd Ave Ste 1120,    Miami FL 33131-1605
15623712      +E-mail/PDF: gecsedi@recoverycorp.com Oct 06 2010 01:20:19      GE Money Bank dba WALMART,
                Care of Recovery Management Systems Corp,    25 SE 2nd Ave Ste 1120,    Miami FL 33131-1605
15030350      +E-mail/PDF: gecsedi@recoverycorp.com Oct 06 2010 01:20:19      Gemb/jcp,    Attention: Bankruptcy,
                Po Box 103106,    Roswell, GA 30076-9106
15030351      +E-mail/PDF: gecsedi@recoverycorp.com Oct 06 2010 01:20:19      Gemb/walmart,    Po Box 981400,
                El Paso, TX 79998-1400
15030353      +E-mail/Text: bankruptcy@hraccounts.com                             H & R Accounts Inc,   Po Box 672,
                Moline, IL 61266-0672
15030358      +E-mail/PDF: cr-bankruptcy@kohls.com Oct 06 2010 01:12:46      Kohls/chase,    Po Box 3115,
                Milwaukee, WI 53201-3115
15030359      +E-mail/PDF: gecsedi@recoverycorp.com Oct 06 2010 01:20:19      Lowes / MBGA,
                Attention: Bankruptcy Department,    Po Box 103106,    Roswell, GA 30076-9106
                                                                                              TOTAL: 9

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
15030372*    ++WACHOVIA DEALER SERVICES INC,    BK DEPARTMENT,    PO BOX 19657,    IRVINE CA 92623-9657
              (address filed with court: Wfs Financial/Wachovia Dealer Services,     Po Box 19657,
                Irvine, CA 92623)
15030343    ##+Dell Financial Services,    Attn: Bankruptcy Dept.,    12234 North Ih 35,    Austin, TX 78753-1724
15030367    ##+Washington Mutual / Providian,    Attn: Bankruptcy Dept.,    Po Box 10467,
                Greenville, SC 29603-0467
                                                                                               TOTALS: 0, * 1, ## 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

```
District/off: 0752-3          User: vgossett           Page 2 of 2          Date Rcvd: Oct 05, 2010
Case: 10-70348                Form ID: pdf006          Total Noticed: 49
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 07, 2010**                    **Signature:**        *Joseph Speetjens*