# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF

In re: §
§
TRAVIS, DENNIS A § Case No. 10-70348
TRAVIS, LUCY C §
§
Debtor(s) §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

    DANIEL M. DONAHUE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned:                          Assets Exempt:
*(Without deducting any secured claims)*

Total Distributions to Claimants:          Claims Discharged
                                                        Without Payment:

Total Expenses of Administration:

    3) Total gross receipts of $          (see **Exhibit 1**), minus funds paid to the debtor and third parties of $        (see **Exhibit 2**), yielded net receipts of $          from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

    4)  This case was originally filed under chapter ___ on _____. The case was pending for ___ months.

    5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

    Dated: _____   By:/s/DANIEL M. DONAHUE_____
                                                                                       Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Citifinancial Services, Inc. 6500 Irving Park Chicago, IL 60634 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Wells Fargo Hm Mortgag 8480 Stagecoach Cir Frederick, MD 21701 | | | | | |
| | Wfs Financial Wachovia Dealer Services Po Box 19657 Irvine, CA 92623 | | | | | |
| **TOTAL SECURED CLAIMS** | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| DANIEL M. DONAHUE, TRUSTEE | | | | | |
| MCGREEVY WILLIAMS | | | | | |
| MCGREEVY WILLIAMS | | | | | |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 21st Century Insurance Box 371404 Pittsburgh, PA 15250 | | | | | |
| | AT&T Uverse PO Box 5014 Carol Stream, IL 60197-5014 | | | | | |
| | Amc Mortgage Services 1100 Town And Country Rd Orange, CA 92868 | | | | | |
| | Barclays Bank Delaware Attention: Customer Support Department Po Box 8833 Wilmington, DE 19899 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Barclays Bank Delaware Attention: Customer Support Department Po Box 8833 Wilmington, DE 19899 | | | | | |
| | Capital 1 Bank Attn: C/O TSYS Debt Management Po Box 5155 Norcross, GA 30091 | | | | | |
| | Capital 1 Bank Attn: C/O TSYS Debt Management Po Box 5155 Norcross, GA 30091 | | | | | |
| | Capital 1 Bank Attn: C/O TSYS Debt Management Po Box 5155 Norcross, GA 30091 | | | | | |
| | Capital 1 Bank Attn: C/O TSYS Debt Management Po Box 5155 Norcross, GA 30091 | | | | | |
| | Capital 1 Bank Attn: C/O TSYS Debt Management Po Box 5155 Norcross, GA 30091 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Capital 1 Bank Attn: C/O TSYS Debt Management Po Box 5155 Norcross, GA 30091 | | | | | |
| | Citfingerhut 6250 Ridgewood Roa Saint Cloud, MN 56303 | | | | | |
| | Citibank Usa Attn.: Centralized Bankruptcy Po Box 20507 Kansas City, MO 64195 | | | | | |
| | Citizens Bank 480 Jefferson Blvd Rje 135 Warwick, RI 02886 | | | | | |
| | Cms-cardworks Po Box 9201 Old Bethpage, NY 11804 | | | | | |
| | Countrywide Home Lending Attention: Bankruptcy SV-314B Po Box 5170 Simi Valley, CA 93062 | | | | | |
| | Dell Financial Services Attn: Bankruptcy Dept. 12234 North Ih 35 Austin, TX 78753 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Dell Financial Services Attn: Bankruptcy Dept. 12234 North Ih 35 Austin, TX 78753 | | | | | |
| | Dynamic Hand - Fox Lake 498 S Route 12 Ste C Fox Lake, IL 60020-1908 | | | | | |
| | Family SVC CMHC of McHenry Cty 4100 Veterans Parkway McHenry, IL 60050-8350 | | | | | |
| | First Premier Bank Po Box 5524 Sioux Falls, SD 57117 | | | | | |
| | First Usa Bank N A 1001 Jefferson Plaza Wilmington, DE 19701 | | | | | |
| | Fox Lake Animal Hospital 161 South US 12 Fox Lake, IL 60020 | | | | | |
| | Fst Premier Pob 5524 Sioux Falls, SD 57117 | | | | | |
| | Guaranty Bk 4000 W. Brown Deer Brown Deer, WI 53209 | | | | | |

UST Form 101-7-TDR (10/1/2010) *(Page: 8)*

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | H & R Accounts Inc Po Box 672 Moline, IL 61265 | | | | | |
| | Hsbc Bank Attn: Bankruptcy Po Box 5253 Carol Stream, IL 60197 | | | | | |
| | Hsbc Bank Attn: Bankruptcy Po Box 5253 Carol Stream, IL 60197 | | | | | |
| | Hsbc Bank Attn: Bankruptcy Po Box 5253 Carol Stream, IL 60197 | | | | | |
| | Hsbc Bank Attn: Bankruptcy Po Box 5253 Carol Stream, IL 60197 | | | | | |
| | Hsbc Best Buy Attn: Bankruptcy Po Box 6985 Bridge Water, NJ 08807 | | | | | |
| | Hsbc/rs Hsbc Retail Services Attn: Bankruptcy Po Box 5263 Carol Stream, IL 60197 | | | | | |
| | Juniper Bank Card Services P.O. Box 13337 Philadelphia, PA 19101 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Kohls/chase Po Box 3115 Milwaukee, WI 53201 | | | | | |
| | Lowes / MBGA Attention: Bankruptcy Department Po Box 103106 Roswell, GA 30076 | | | | | |
| | Nationwide Acceptance Attn: Bankruptcy 3435 N Cicero Ave Chicago, IL 60641 | | | | | |
| | Salute Po Box 105555 Atlanta, GA 30348 | | | | | |
| | Thd/cbsd Po Box 6497 Sioux Falls, SD 57117 | | | | | |
| | Triad Financial Corp 5201 Rufe Snow Dr Ste 400 North Richland Hills, TX 76180 | | | | | |
| | Us Bank/na Nd Attn: Bankruptcy Dept Po Box 5229 Cincinnati, OH 45201 | | | | | |
| | Vital Recovery Services PO Box 923747 Norcross, GA 30010 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Wash Mutual/Providian Attn: Bankruptcy Dept Po Box 10467 Greenville, SC 29603 | | | | | |
| | Washington Mutual / Providian Attn: Bankruptcy Dept. Po Box 10467 Greenville, SC 29603 | | | | | |
| | Washington Mutual / Providian Attn: Bankruptcy Dept. Po Box 10467 Greenville, SC 29603 | | | | | |
| | Wells Fargo Bank Nv Na Po Box 31557 Billings, MT 59107 | | | | | |
| | Wffinancial 1191 E Dundee Rd Palatine, IL 60074 | | | | | |
| | Wfs Financial/Wachovia Dealer Services Po Box 19657 Irvine, CA 92623 | | | | | |
| | Wfs Financial/Wachovia Dealer Services Po Box 19657 Irvine, CA 92623 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Wfs Financial/Wachovia Dealer Services Po Box 19657 Irvine, CA 92623 | | | | | |
| | Wfs Financial/Wachovia Dealer Services Po Box 19657 Irvine, CA 92623 | | | | | |
| | bill me later po box 105658 Atlanta, GA 30348 | | | | | |
| 000004 | CHASE BANK USA,N.A | | | | | |
| 000003 | GE MONEY BANK DBA JCPENNEY CREDIT S | | | | | |
| 000002 | GE MONEY BANK DBA LOWES CONSUMER | | | | | |
| 000001 | GE MONEY BANK DBA WALMART | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page: 1

Exhibit 8

| Case No: | 10-70348 MLB Judge: MANUEL BARBOSA | Trustee Name: | DANIEL M. DONAHUE |
| --- | --- | --- | --- |
| Case Name: | TRAVIS, DENNIS A | Date Filed (f) or Converted (c): | 01/29/10 (f) |
| | TRAVIS, LUCY C | 341(a) Meeting Date: | 03/01/10 |
| For Period Ending: | 01/06/11 | Claims Bar Date: | 07/20/10 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Real Estate located at 5805 Fox Lake Rd McHenry, I | 138,619.00 | 0.00 | | 0.00 | 0.00 |
| 2. Checking account with Harris | 20.00 | 20.00 | | 0.00 | 20.00 |
| 3. Savings account with Harris | 50.00 | 50.00 | | 0.00 | 50.00 |
| 4. Miscellaneous used household goods | 1,000.00 | 1,000.00 | | 0.00 | 1,000.00 |
| 5. Personal used clothing | 400.00 | 400.00 | | 0.00 | 400.00 |
| 6. Miscellaneous costume jewelry | 100.00 | 100.00 | | 0.00 | 100.00 |
| 7. Vanguard/Union Pacific 401k Plan | 2,165.85 | 2,165.85 | | 0.00 | 2,165.85 |
| 8. 2009 Anticipated tax refund based on 2008 tax refu | 10,000.00 | 10,000.00 | | 5,600.00 | 4,400.00 |
| 9. 2007 Chrysler 300 19,000 miles Value per KBB | 13,455.00 | 13,455.00 | | 0.00 | 13,455.00 |
| 10. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.51 | Unknown |
| TOTALS (Excluding Unknown Values) | $165,809.85 | $27,190.85 | | $5,600.51 | Gross Value of Remaining Assets $21,590.85 (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR):  / /     Current Projected Date of Final Report (TFR):  / /

FORM 2

Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 10-70348 -MLB |
| Case Name: | TRAVIS, DENNIS A |
| | TRAVIS, LUCY C |
| Taxpayer ID No: | *******9571 |
| For Period Ending: | 01/06/11 |

| | |
|---|---|
| Trustee Name: | DANIEL M. DONAHUE |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******1680  Money Market Account (Interest Earn |
| Blanket Bond (per case limit): | $ 1,500,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---:|---:|---:|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|---|---|---|---|---|---:|---:|---:|
| | | | BALANCE FORWARD | | | | 0.00 |
| 04/16/10 | 8 | DENNIS AND LUCY TRAVIS<br>5805 FOX LAKE RD<br>MCHENRY, IL 60051-6271 | INCOME TAX REFUND | 1124-000 | 400.00 | | 400.00 |
| 04/16/10 | 8 | DENNIS AND LUCY TRAVIS<br>5805 FOX LAKE RD<br>MCHENRY, IL 60051-6271 | INCOME TAX REFUND | 1124-000 | 1,000.00 | | 1,400.00 |
| 04/30/10 | 10 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.01 | | 1,400.01 |
| 05/20/10 | 8 | DENNIS A TRAVIS<br>5805 FOX LAKE RD<br>MCHENRY, IL 60051-6271 | INCOME TAX REFUND | 1124-000 | 700.00 | | 2,100.01 |
| 05/20/10 | 8 | DENNIS A TRAVIS<br>5805 FOX LAKE RD<br>MCHENRY, IL 60051-6271 | INCOME TAX REFUND | 1124-000 | 700.00 | | 2,800.01 |
| 05/28/10 | 10 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.04 | | 2,800.05 |
| 06/21/10 | 8 | DENNIS A TRAVIS<br>5805 FOX LAKE RD<br>MCHENRY, IL 60051-6271 | INCOME TAX REFUND INSTALLMENT | 1124-000 | 700.00 | | 3,500.05 |
| 06/21/10 | 8 | DENNIS A TRAVIS<br>5805 FOX LAKE RD<br>MCHENRY, IL 60051-6271 | INCOME TAX REFUND INSTALLMENT | 1124-000 | 700.00 | | 4,200.05 |
| 06/30/10 | 10 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.08 | | 4,200.13 |
| 07/16/10 | 8 | DENNIS A TRAVIS<br>5805 FOX LAKE RD<br>MCHENRY, IL 60051-6271 | INCOME TAX REFUND | 1124-000 | 700.00 | | 4,900.13 |
| 07/16/10 | 8 | DENNIS A TRAVIS<br>5805 FOX LAKE RD<br>MCHENRY, IL 60051-6271 | INCOME TAX REFUND | 1124-000 | 700.00 | | 5,600.13 |
| 07/30/10 | 10 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.12 | | 5,600.25 |

Page Subtotals     5,600.25     0.00

Ver: 16.01b

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 10-70348 -MLB | | Trustee Name: | DANIEL M. DONAHUE |
|---|---|---|---|---|
| Case Name: | TRAVIS, DENNIS A | | Bank Name: | BANK OF AMERICA, N.A. |
| | TRAVIS, LUCY C | | Account Number / CD #: | *******1680 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******9571 | | | |
| For Period Ending: | 01/06/11 | | Blanket Bond (per case limit): | $ 1,500,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 08/17/10 | 8 | DENNIS A TRAVIS 5805 FOX LAKE RD MCHENRY, IL 60051-6271 | INCOME TAX REFUND | 1124-000 | 700.00 | | 6,300.25 |
| 08/31/10 | 10 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.15 | | 6,300.40 |
| 09/17/10 | 8 | DENNIS A TRAVIS 5805 FOX LAKE RD MCHENRY, IL 60051-6271 | INCOME TAX REFUND | 1124-000 | 700.00 | | 7,000.40 |
| 09/22/10 | 10 | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.11 | | 7,000.51 |
| 09/22/10 | | Transfer to Acct #*******1826 | Final Posting Transfer | 9999-000 | | 7,000.51 | 0.00 |

|  |  |
|---|---|
| COLUMN TOTALS | 7,000.51   7,000.51   0.00 |
| Less: Bank Transfers/CD's | 0.00   7,000.51 |
| Subtotal | 7,000.51   0.00 |
| Less: Payments to Debtors | 0.00 |
| Net | 7,000.51   0.00 |

Page Subtotals 1,400.26 7,000.51

Ver: 16.01b

LFORM24
**UST Form 101-7-TDR (10/1/2010)** *(Page: 15)*

FORM 2

Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 10-70348 -MLB | | Trustee Name: | DANIEL M. DONAHUE |
|---|---|---|---|---|
| Case Name: | TRAVIS, DENNIS A | | Bank Name: | BANK OF AMERICA, N.A. |
| | TRAVIS, LUCY C | | Account Number / CD #: | *******1826  GENERAL CHECKING |
| Taxpayer ID No: | *******9571 | | | |
| For Period Ending: | 01/06/11 | | Blanket Bond (per case limit): | $ 1,500,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 09/22/10 | | Transfer from Acct #*******1680 | Transfer In From MMA Account | 9999-000 | 7,000.51 | | 7,000.51 |
| 10/25/10 | 000100 | DANIEL M. DONAHUE, TRUSTEE<br>P.O. BOX 2903<br>ROCKFORD, IL  61132-2903 | Chapter 7 Compensation/Fees | 2100-000 | | 1,450.05 | 5,550.46 |
| 10/25/10 | 000101 | MCGREEVY WILLIAMS | Attorney for Trustee Fees (Trustee | 3110-000 | | 2,093.50 | 3,456.96 |
| 10/25/10 | 000102 | MCGREEVY WILLIAMS | Attorney for Trustee Expenses (Trus | 3120-000 | | 64.73 | 3,392.23 |
| 10/25/10 | 000103 | GE Money Bank dba WALMART<br>Care of Recovery Management Systems Corp<br>25 SE 2nd Ave Ste 1120<br>Miami FL 33131 | Claim 000001, Payment 53.6% | 7100-000 | | 276.23 | 3,116.00 |
| 10/25/10 | 000104 | GE Money Bank dba LOWES CONSUMER<br>Care of Recovery Management Systems Corp<br>25 SE 2nd Ave Ste 1120<br>Miami FL 33131 | Claim 000002, Payment 53.6% | 7100-000 | | 1,698.94 | 1,417.06 |
| 10/25/10 | 000105 | GE Money Bank dba JCPENNEY CREDIT SERVICES<br>Care of Recovery Management Systems Corp<br>25 SE 2nd Ave Ste 1120<br>Miami FL 33131 | Claim 000003, Payment 53.6% | 7100-000 | | 500.50 | 916.56 |
| 10/25/10 | 000106 | Chase Bank USA,N.A<br>c/o Creditors Bankruptcy Service<br>P O Box 740933<br>Dallas,Tx 75374 | Claim 000004, Payment 53.6% | 7100-000 | | 916.56 | 0.00 |

Page Subtotals    7,000.51    7,000.51

Ver: 16.01b

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 16)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 10-70348 -MLB | Trustee Name: | DANIEL M. DONAHUE |
| --- | --- | --- | --- |
| Case Name: | TRAVIS, DENNIS A | Bank Name: | BANK OF AMERICA, N.A. |
| | TRAVIS, LUCY C | Account Number / CD #: | *******1826  GENERAL CHECKING |
| Taxpayer ID No: | *******9571 | | |
| For Period Ending: | 01/06/11 | Blanket Bond (per case limit): | $ 1,500,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 7,000.51 | 7,000.51 | 0.00 |
| | | | Less:  Bank Transfers/CD's | | 7,000.51 | 0.00 | |
| | | | Subtotal | | 0.00 | 7,000.51 | |
| | | | Less:  Payments to Debtors | | | 0.00 | |
| | | | Net | | 0.00 | 7,000.51 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| --- | --- | --- | --- |
| TOTAL - ALL ACCOUNTS | | | |
| Money Market Account (Interest Earn - ********1680 | 7,000.51 | 0.00 | 0.00 |
| GENERAL CHECKING - ********1826 | 0.00 | 7,000.51 | 0.00 |
| | ----------------------- | ----------------------- | ----------------------- |
| | 7,000.51 | 7,000.51 | 0.00 |
| | ============ | ============ | ============ |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals        0.00        0.00

Ver: 16.01b

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 17)*